UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

                Plaintiff,

-against-

R.N.D.C. WARDEN SHARLISA WALKER, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022

22-CV-07616 (RA) (SDA)

ORDER OF SERVICE

STEWART D. AARON, United States Magistrate Judge:

      The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants City of New York and Warden Sharlisa Walker waive service of summons. No later than November 7, 2022, Defendants City of New York and Warden Sharlisa Walker shall advise the Court whether they waive service of summons.

SO ORDERED.

Dated:    October 24, 2022
            New York, New York

                                            STEWART D. AARON
                                            United States Magistrate Judge