USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Umar Alli,

                  Plaintiff,

-against-

Warden Sharlisa Walker, et al.,

                  Defendants.

1:22-cv-07616 (RA) (SDA)

**AMENDED SCHEDULING ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

1. It is hereby Ordered that the telephone conference currently scheduled before Magistrate Judge Stewart Aaron to occur on Thursday, October 12, 2023, at 2:30 p.m., is adjourned to Monday, October 16, 2023, at 11:00 a.m. EST.  At the scheduled time, Defense counsel shall call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

2. It is hereby Ordered that the Superintendent of the Attica Correctional Facility or his/her designee produce Plaintiff, on October 16, 2023, at 11:00 a.m. EST, to a suitable location within the Attica Correctional Facility that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Superintendent or his/her designee should promptly inform Chambers by calling Courtroom Deputy Keeva Verneus at (212) 805-0274.

3. Defendants are directed to: (1) serve upon Plaintiff a copy of this Order; (2) contact the Attica Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled

time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

**SO ORDERED.**

Dated: New York, New York
October 6, 2023

_Stewart D. Aaron_
STEWART D. AARON
United States Magistrate Judge