```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Umar Alli,

                     Plaintiff,

-against-

Warden Sharlisa Walker, et al.,

                     Defendants.

1:22-cv-07616 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties and for the reasons stated on the record, it is hereby ORDERED as follows:

1. No later than Wednesday, November 15, 2023, the Law Department shall produce to Plaintiff Local Civil Rule 33.3 disclosures and the video footage currently in its possession of the incidents on November 11, 2021 and November 17, 2021.

2. During the telephone conference, Plaintiff indicated that he recently sent to the Court a letter in response to prior Orders. The Court will enter a further Order with respect to the unidentified defendants and Plaintiff's further amended pleading after the Court has reviewed Plaintiff's letter.

**SO ORDERED.**

Dated:     New York, New York
            October 16, 2023

                                               _____
                                               STEWART D. AARON
                                               United States Magistrate Judge