UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023
```

Umar Alli,

                              Plaintiff,

                    -against-

Warden Sharlisa Walker, et al.,

                              Defendants.

1:22-cv-07616 (DEH) (SDA)

<u>ORDER OF SERVICE</u>

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated September 7, 2022, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (ECF No. 5.) On June 29, 2023, Plaintiff filed an Amended Complaint. (Am. Compl., ECF No. 32.)

**I.      Service On Defendants Hultragen, Parks, Aung, And Billingshurst-Hamlet**

To allow Plaintiff to effect service on Defendants Hultragen, Parks, Aung, And Billingshurst-Hamlet through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for:

1. Aaron Hultragen, MD
   Bellevue Hospital
   462 1st Avenue
   New York, NY 10016

2. Scott Parks, PA
   c/o Gwendolyn Renee Tarver
   49-04 19th Avenue
   Astoria, New York 11105

3. Oo Aung, MD
   c/o Gwendolyn Renee Tarver
   49-04 19th Avenue
   Astoria, New York 11105

4. Susan Billinghurst-Hamlet, PA
   c/o Gwendolyn Renee Tarver

49-04 19th Avenue
Astoria, New York 11105

The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork—including the Amended Complaint (ECF No. 39)—for the Marshals Service to effect service of the entire pleading upon these defendants.

**II.**   **Waiver Of Service**

The Clerk of Court is directed to notify the Department of Correction and the New York City Law Department of this Order. The Court requests that the following Defendants waive service of summons:

- Assistant Deputy Warden Solomon Chester
- Capt. L. Ratchford, Shield No. 1474
- CO S. Randazzo, Shield No. 11336
- CO C. Bobb, Shield No. 1592
- CO K. Rose, Shield No. 19874
- CO J. Yepez, Shield No. 19227
- CO J. Bonner, Shield No. 8708
- CO W. Ammari, Shield No. 7333
- CO Y. Carr, Shield No. 19172
- CO A. Lewis, Shield No. 12083
- Capt. G. Clarke, Shield No. 416
- CO C. Luly, Shield No. 3932
- CO J. Gordon, Shield No. 4345
- Capt. M. Blake, Shield No. 884
- CO N. McCormack, Shield No. 15440
- CO W. Ashburne, Shield No. 9046
- CO G. Rivera, Shield No. 12088
- CO W. Pena, Shield No. 3374
- CO R. Burke, Shield No. 19477
- Capt. R. Fraser, Shield No. 1397
- CO T. Clarke, Shield No. 11664
- CO S. Fowling, Shield No. 3348
- CO K. Rush, Shield No. 17075
- CO E. Cotto, Shield No. 9978
- CO J. Weng, Shield No. 19353
- Commissioner of DOC
- Chief of DOC Security

- CO V. (officer assigned to suicide watch on November 17 and 18, 2021).

**SO ORDERED.**

Dated:      New York, New York
            December 18, 2023

_____
STEWART D. AARON
United States Magistrate Judge