UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Umar Alli,

                Plaintiff,

-against-

Warden Sharlisa Walker, et al.,

                Defendants.

1:22-cv-07616 (DEH) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on February 1, 2024, Magistrate Judge Netburn recommended that the case management deadlines in Plaintiff Umar Alli's referenced-cases contained in her Order be adjourned by 30 days because settlement negotiations remaining ongoing (2/1/24 Order, ECF No. 59).

NOW, THEREFORE, it is hereby ORDERED, as follows:

1. The deadlines in the above-captioned case shall be adjourned for 30 days, until Monday, March 4, 2024.

**SO ORDERED.**

Dated:     New York, New York
           February 2, 2024

_____
STEWART D. AARON
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2024