UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
UMAR ALLI,

                                Plaintiff,                22-CV-07616 (RA)(SDA)

          -against-                           **ORDER**

R.N.D.C. WARDEN WALKER, et al.,

                                Defendants.
---------------------------------------------------------------X
---------------------------------------------------------------- X
UMAR ALLI,

                                Plaintiff,                23-CV-04699 (JGK)(JLC)

          -against-

E.S.U. PALMER, et al.,

                                Defendants.
---------------------------------------------------------------X
---------------------------------------------------------------- X
UMAR ALLI,

                                Plaintiff,                23-CV-05239 (JGK)(KHP)

          -against-

C.O. WORRELL, et al.,

                                Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/2024

------------------------------------------------------------- X
UMAR ALLI,

                                          Plaintiff,                      23-CV-05263 (AS)(KHP)

                            -against-

E.S.U. CAPTAIN LUE, et al.,

                                        Defendants.

-------------------------------------------------------------X
------------------------------------------------------------- X
UMAR ALLI,

                                          Plaintiff,                      23-CV-10519 (JLR)

                            -against-

E.S.U. OFFICER FALCONER, et al.,

                                          Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

    The deadline to reopen the above-captioned cases is EXTENDED to July 19, 2024.

**SO ORDERED.**

                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:      June 14, 2024
                  New York, New York